# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   CURTIS MORGAN                              §         Case No.: 08-05924
         LORETTA MORGAN                             §
                                                    §
         Debtor(s)                                  §
------------------------------------------------------------------------

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/12/2008.

2) This case was confirmed on 05/05/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 12/22/2010.

6) Number of months from filing to the last payment: 33

7) Number of months case was pending: 34

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    9,611.27

10) Amount of unsecured claims discharged without payment $    .00

11) All checks distributed by the trustee to this case have not cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $ 10,050.00 |
| Less amount refunded to debtor | $ 493.25 |
| **NET RECEIPTS** | $ 9,556.75 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $ 3,500.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 653.04 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 4,153.04 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANA | UNSECURED | 496.00 | 525.20 | 525.20 | 33.47 | .00 |
| CHARTER ONE | SECURED | NA | 7,604.92 | .00 | .00 | .00 |
| CITIBANK/SEARS | UNSECURED | 1,585.00 | NA | NA | .00 | .00 |
| CITIFINANCIAL RETAIL | UNSECURED | 5,615.00 | NA | NA | .00 | .00 |
| PATHOLOGY CONSULTANT | UNSECURED | 114.00 | NA | NA | .00 | .00 |
| PATHOLOGY CONSULTANT | UNSECURED | 101.00 | NA | NA | .00 | .00 |
| PATHOLOGY CONSULTANT | UNSECURED | 90.00 | NA | NA | .00 | .00 |
| DIRECT MERCHANTS BAN | UNSECURED | 13,402.00 | NA | NA | .00 | .00 |
| DIRECT MERCHANTS BAN | UNSECURED | 9,353.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 5,740.00 | 5,728.32 | 5,728.32 | 485.35 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 2,596.00 | 2,616.92 | 2,616.92 | 221.73 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 991.00 | 991.61 | 991.61 | 78.93 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 12,544.00 | 12,544.10 | 12,544.10 | 1,062.85 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,952.00 | 1,951.85 | 1,951.85 | 165.39 | .00 |
| NWMFF | UNSECURED | 55.00 | NA | NA | .00 | .00 |
| CHASE BANK USA NA | UNSECURED | 783.00 | 783.90 | 783.90 | 54.06 | .00 |
| TSYS DEBT MANAGEMENT | UNSECURED | 981.00 | 1,029.95 | 1,029.95 | 81.98 | .00 |
| EVERGREEN MEDICAL SP | UNSECURED | 205.00 | NA | NA | .00 | .00 |
| COTTAGE EMERGENCY PH | UNSECURED | 94.00 | NA | NA | .00 | .00 |
| WINDY CITY EMERGENCY | UNSECURED | 115.00 | NA | NA | .00 | .00 |
| RADIOLOGICAL PHYSICI | UNSECURED | 211.00 | NA | NA | .00 | .00 |
| CHICAGO CENTRAL EMER | UNSECURED | 30.00 | NA | NA | .00 | .00 |
| WELLS FARGO HOME MOR | UNSECURED | 6,146.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

Case 08-05924   Doc 59   Filed 01/21/11   Entered 01/21/11 18:00:08   Desc Main
                         Document      Page 3 of 4

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| PRA RECEIVABLES MANA | UNSECURED | 1,385.00 | 1,263.78 | 1,263.78 | 100.60 | .00 |
| MARCUS MORGAN | OTHER | NA | NA | NA | .00 | .00 |
| AMERIFIRST HOME IMPR | SECURED | 12,606.00 | 12,546.34 | .00 | .00 | .00 |
| AMERIFIRST HOME IMPR | SECURED | NA | 60.00 | 60.00 | 60.00 | .00 |
| COOK COUNTY TREASURE | SECURED | 2,229.73 | 2,325.97 | 2,230.00 | 480.00 | .00 |
| WELLS FARGO FINANCIA | SECURED | 147,553.00 | 147,362.52 | .00 | .00 | .00 |
| WELLS FARGO FINANCIA | SECURED | NA | 1,671.59 | 1,671.59 | 1,671.59 | .00 |
| WELLS FARGO AUTO FIN | SECURED | 9,100.00 | .00 | .00 | .00 | .00 |
| WELLS FARGO AUTO FIN | UNSECURED | 5,532.00 | 6,421.54 | 6,421.54 | 371.86 | .00 |
| LAS VEGAS VACATION A | SECURED | 7,500.00 | .00 | .00 | .00 | .00 |
| GMAC | SECURED | 24,500.00 | 27,856.01 | .00 | .00 | .00 |
| GMAC | UNSECURED | 3,839.00 | NA | NA | .00 | .00 |
| GMAC | SECURED | 12,200.00 | 19,713.88 | .00 | .00 | .00 |
| GMAC | UNSECURED | 7,258.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | NA | 6,307.17 | 6,307.17 | 534.40 | .00 |
| ROBERT J SEMRAD & AS | PRIORITY | NA | .00 | 1.50 | 1.50 | .00 |
| CHICAGO CENTRAL EMER | UNSECURED | 46.00 | NA | NA | .00 | .00 |
| WELLS FARGO FINANCIA | OTHER | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 1,731.59 | 1,731.59 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | 2,230.00 | 480.00 | .00 |
| **TOTAL SECURED:** | 3,961.59 | 2,211.59 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 1.50 | 1.50 | .00 |
| **TOTAL PRIORITY:** | 1.50 | 1.50 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 40,164.34 | 3,190.62 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,153.04 |
| Disbursements to Creditors | $ | 5,403.71 |
| **TOTAL DISBURSEMENTS:** | $ | 9,556.75 |

12)     The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:    01/21/2011                                    /s/ Tom Vaughn
                                                        Tom Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**